IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YIMMY ANDERSON MARTINEZ ARGUETA, PETITIONER
A# 222-571-775

V. CIVIL NO. 5:26-cv-658-DCB-BWR

WARDEN, ET AL. RESPONDENTS

ORDER

Pro se Petitioner Yimmy Anderson Martinez Argueta ("Petitioner") brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Court* ("Habeas Rules")[1] requires a petition to be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242. *See also*, Fed. R. Civ. P. 11 (Petitioner is required to sign all documents he submits to the Court for filing). Petitioner typed his name on the signature line of his Petition, but he failed to sign his Petition. *See* Pet. [3] at 8 (CM/ECF pagination). The Court will provide Petitioner with one opportunity to correct his deficient Petition. Accordingly, it is hereby,

ORDERED that, on or before September 10, 2026, Petitioner shall sign the declaration page of his Petition [3] and file it with the Clerk of Court. The Clerk of Court shall mail a copy of this Order along with a copy of the Petition [3] to Petitioner

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

at his address of record.

The Court warns Petitioner that his failure to advise this Court of a change of address or his failure to timely comply with this Order or any Order of this Court will result in the dismissal of this case.

THIS the 28th day of August, 2026.

s/ Bradley W. Rath

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE